UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Cr. No.: 7:10-cr-01036-GRA |
| v. ) | |
| ) | |
| Phillip Arthur Parimore, ) | **ORDER** |
| ) | (Written Opinion) |
| Defendant. ) | |
| _____ ) | |

This matter comes before the Court on the Motion for Order Amending Judgment, jointly filed by the United States of America and the Defendant on June 4, 2014. ECF No. 59. For the reasons set forth below, the Motion is GRANTED.

On November 15, 2011, Defendant was sentenced to a term of probation for three (3) years. ECF No. 53. "The issue of restitution was held in abeyance pending the prosecution of a related Defendant." ECF No. 59. "Based upon a relative culpability analysis the parties agree that it is appropriate for Parimore to pay restitution in the amount of $50,000.00." *Id.* "The parties further agree that the $50,000.00 restitution is owed to the 89 victims who are listed as Restitution Payees in the William Worthy Amended Judgment dated January 24, 2013, in District of South Carolina Case Number 7:11-cr-487-1." *Id.* "The parties further agree that all restitution ordered by the Court is due immediately and is subject to enforcement by the United States as civil judgments pursuant to Title [18], United States Code, Section 3613." *Id.* "Finally, the parties agree that for the remainder of Parimore's term of Probation he shall make restitution payments in the amount of $200.00 per month." *Id.*

**IT IS THEREFORE ORDERED** that the Government's Motion for Order Amending Judgment is GRANTED.

**IT IS SO ORDERED.**

*G. Ross Anderson, Jr.*
Senior United States District Judge

June  4 , 2014
Anderson, South Carolina